# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| JONATHAN SOLLIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | **Civil Action No.: 1:21-cv-04198** |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA LP; ASTRA USA INC.; KBI SUB INC.; ZENECA INC.; ASTRA USA HOLDINGS CORPORATION; ASTRAZENECA AB; ASTRAZENECA PLC; ASTRAZENECA UK LIMITED; PROCTER & GAMBLE COMPANY; PROCTER & GAMBLE PHARMACEUTICALS INC.; PROCTER & GAMBLE MANUFACTURING COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |