# EXHIBIT B

# **DEFENDANTS NAMES AND ADDRESSES**

To:

AstraZeneca Pharmaceuticals LP, CT Corporation System, 28 Liberty, New York, NY 10005;
AstraZeneca LP, CT Corporation System, 28 Liberty, New York, NY 10005;
Astra USA Inc., The Prentice Hall Corporation System, 251 Little Falls Drive, Wilmington, DE 19808;
KBI Sub Inc., Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801;
Zeneca Inc., CT Corporation System, 28 Liberty, New York, NY 10005;
Astra USA Holdings Corporation, Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801;
AstraZeneca AB, Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801;
AstraZeneca PLC, 1 Francis Crick Avenue, Cambridge CB2 0AA;
AstraZeneca UK Limited, 1 Francis Crick Avenue, Cambridge XO CB2 0AA;
Procter & Gamble Company, CT Corporation System, 4400 Easton Commons Way Suite 125, Columbus, OH 43219;
Procter & Gamble Pharmaceuticals Inc., CT Corporation System, 28 Liberty, New York, NY 10005;
Procter & Gamble Manufacturing Company, CT Corporation System, 28 Liberty, New York, NY 10005.