AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jonathan Sollis <br><br> *Plaintiff(s)* <br> v. <br> AstraZeneca Pharmaceuticals LP, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:21-cv-04198 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Exhibit B:  Defendants Names and Addresses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth E. Belkin, Esq., 225 Broadway Suite 715, New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/13/2021                                /S/ V. BRAHIMI
                                               *Signature of Clerk or Deputy Clerk*

# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| JONATHAN SOLLIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | **Civil Action No.: 1:21-cv-04198** |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA LP; ASTRA USA INC.; KBI SUB INC.; ZENECA INC.; ASTRA USA HOLDINGS CORPORATION; ASTRAZENECA AB; ASTRAZENECA PLC; ASTRAZENECA UK LIMITED; PROCTER & GAMBLE COMPANY; PROCTER & GAMBLE PHARMACEUTICALS INC.; PROCTER & GAMBLE MANUFACTURING COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT B

# **DEFENDANTS NAMES AND ADDRESSES**

To:

AstraZeneca Pharmaceuticals LP, CT Corporation System, 28 Liberty, New York, NY 10005;
AstraZeneca LP, CT Corporation System, 28 Liberty, New York, NY 10005;
Astra USA Inc., The Prentice Hall Corporation System, 251 Little Falls Drive, Wilmington, DE 19808;
KBI Sub Inc., Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801;
Zeneca Inc., CT Corporation System, 28 Liberty, New York, NY 10005;
Astra USA Holdings Corporation, Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801;
AstraZeneca AB, Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801;
AstraZeneca PLC, 1 Francis Crick Avenue, Cambridge CB2 0AA;
AstraZeneca UK Limited, 1 Francis Crick Avenue, Cambridge XO CB2 0AA;
Procter & Gamble Company, CT Corporation System, 4400 Easton Commons Way Suite 125, Columbus, OH 43219;
Procter & Gamble Pharmaceuticals Inc., CT Corporation System, 28 Liberty, New York, NY 10005;
Procter & Gamble Manufacturing Company, CT Corporation System, 28 Liberty, New York, NY 10005.